

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KIMBERLY M. SAVINO**<br>Assistant Corporation Counsel<br>Phone: (212) 788-0987<br>Fax: (212) 788-9776<br>ksavino@law.nyc.gov |

January 20, 2011

**BY ECF**
The Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Marco Molina v. City of New York, et al.</u>
10 CV 04922 (SLT)(RER)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department. I write to respectfully request an adjournment of the initial conference that is currently scheduled for January 25, 2011 at 10:00 a.m, to a time in the afternoon on January 25, 2011 or a date and time convenient to the Court after January 31, 2011. I have conferred with plaintiff's counsel, Christopher Wright, Esq., and he consents to this request. This is the first request for an adjournment of the initial conference.

This request is being made because, the undersigned, counsel for defendant City of New York, has a previously scheduled initial conference in the Southern District of New York before the Honorable Jed. S. Rakoff on January 25, 2011 at 11:00 a.m, which conflicts with the currently scheduled conference in this matter.

Thank you for your consideration in this regard.

Respectfully submitted,

/s/

Kimberly M. Savino
Assistant Corporation Counsel

cc: Christopher D. Wright, Esq. (by ECF)