UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Marco Molina,

          Plaintiff,                         **SCHEDULING ORDER**

    -against-                               10-CV- 04922 (SLT)(RER)

The City of New York et al

          Defendant.
----------------------------------------------------------X

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __1/24/11__.

2. No additional parties may be joined after __4/8/11__.

3. No amendment of the pleadings will be permitted after __4/8/11__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __2/15/11__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before __N/A__.

    (b)    rebuttal expert witnesses on or before __N/A__.

6. All discovery, including depositions of experts, shall be completed on or before __7/29/11__ (Generally, this date must be no later than 6 months after the initial conference).

7. A Telephone Conference set for __4/8/11 @ 10:00am__, to be initiated by **Plaintiff** or Defendant (Circle one).

8. Status Conference will be held on __6/1/11 @ 10:00a__.

9. A Final Pre-trial conference will be held on __8/2/11 @ 10:00a__.

10. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       2/8 _____, 2011

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME Christopher Wright
Attorney for Plaintiff
ADDRESS 305 Broadway
         NY, NY 10007
E-mail: wrightlawnyc@gmail
Tel.: 212-822-1419
Fax: 212-822-1463

_____
NAME Kimberly Savino
Attorney for Defendant
ADDRESS 100 Church St, Rm 3-195, NY NY 10007
E-mail: KSavino@law.nyc.gov
Tel.: (212) 788-0987
Fax: (212) 788-9776